**BEYLEY CONSTRUCTION GROUP, CORP., Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Appellee.**

No. 2008–1390.

United States Court of Appeals, Federal Circuit.

Feb. 2, 2009.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).